UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOM M. SCHAUMBERG
1309 22nd Street, N.W.
Washington, DC 20037

JOAN R. SCHAUMBERG
1309 22nd Street, N.W.
Washington, DC 20037

      Plaintiffs,

v.

HIGH STREET COLUMBIA, LLC
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

      Defendant.

Civil Action No. 1:06CV01829 (RBW)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss the instant action with prejudice.

Respectfully submitted,

_____
Rodney R. Sweetland, III (D.C. Bar No. 430586)
1200 Seventeenth Street, N.W., Fifth Floor
Washington, DC 20036
202-467-6300

November 10, 2006

S500206.doc

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE** to be served via first-class mail, postage prepaid, on the following party on the 10th day of November 2006:

Richard G. Wise, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, NW, Suite 900
Washington, D.C.  20036


_____
Adduci, Mastriani & Schaumberg, L.L.P.
1200 Seventeenth Street, N.W. Fifth Floor
Washington, DC 20036
Telephone:  (202) 467-6300
Facsimile:  (202) 466-2006


S100006..doc